**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREMAINE CARROLL,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00005-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 12)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 11) |

On February 21, 2023, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for preliminary injunctive relief be denied. (Docs. 11, 12.) Plaintiff has not filed objections and the time to do so has passed.

According to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Among other things, Plaintiff's complaint was dismissed with leave to amend on February 2, 2023 for failure to state a claim. (Doc. 10.) Plaintiff has yet to file an amended complaint, so there is no operative complaint in this matter, a fact which precludes injunctive relief of any kind. Thus, the Court **ORDERS**:

    1.    The findings and recommendations issued by the magistrate judge on February 21, 2023, (Doc. 12), are **ADOPTED IN FULL**.

1

2. Plaintiff's motion for preliminary injunctive relief, filed on February 16, 2023, (Doc. 11), is **DENIED**.

IT IS SO ORDERED.

Dated: **March 22, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

2