UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAINE CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00005-JLT-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION<br><br>(Doc. 15.) |

　　　　Tremaine Carroll is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court screened the complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (Doc. 10.)

　　　　Plaintiff failed to file an amended complaint or otherwise respond to the Court's order. Therefore, the Court issued an order for Plaintiff to show cause why the action should not be dismissed. (Doc. 13.) After Plaintiff failed to respond to the order to show cause, the magistrate judge issued findings and recommendations to dismiss the action. (Doc. 15.)

　　　　Plaintiff then filed a motion for an extension of time to file objections and request for appointment of counsel. (Doc. 16.) The Court granted Plaintiff thirty days to file an amended complaint and denied his request for appointment of counsel. (Doc. 17.) Plaintiff has failed to file objections and the time to do so has passed.

　　　　According to the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and

recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on April 10, 2023 (Doc. 15), are **ADOPTED IN FULL**.
2. This action is dismissed for failure to state a claim, failure to comply with a court order, and failure to prosecute.

IT IS SO ORDERED.

Dated:   **June 1, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE